

# Case Assignment
# Standard Civil Assignment

Case number **3:18CV-380-GNS**

Assigned : Judge Greg N. Stivers
Judge Code : 4416

Designated Magistrate Judge : Magistrate Judge Lanny King
Magistrate Judge Code : 44AQ

Assigned on 6/13/2018 9:09:12 AM
Transaction ID: 13910

[Request New Judge]   [Return]